# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**WILLIAM DETEMPLE** as Personal Representative of the Estate of
**TRACY M. DETEMPLE,**
Appellant,

v.

**MARNI FEUERMAN, PSYD, LCSW, LMFT** and
**MARNI FEUERMAN, P.A.,**
Appellees.

No. 4D20-2182

[December 16, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lisa S. Small, Judge; L.T. Case No. 50-2018-CA-013625-XXXX-MB.

Ryan C. Tyler and Kimberly L. Boldt of Ratzan, Weissman & Boldt, Boca Raton, and Paul G. Finizio and Elizabeth W. Finizio of Paul G. Finizio, P.A., Fort Lauderdale, for appellant.

Scott A. Cole of Cole, Scott & Kissane, P.A., Miami, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***